UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

IN RE:

NONA TATE

        Debtor

Case No. 07-52978

Chapter 13

Judge Shea-Stonum

**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A. (PROPERTY ADDRESS: 379 MINEOLA AVENUE, AKRON, OHIO 44320)**

Now comes Wells Fargo Bank, N.A. (hereinafter "Creditor"), and hereby files its response to Debtor's Objection to Claim of Creditor. The debtor has filed an objection arguing that she has entered into a loan modification with the Creditor which absorbs the pre-petition arrearages. Creditor has advised the undersigned counsel that the loan modification is still under negotiation.

The undersigned is working with Creditor to obtain the information requested, and will provide this information to

counsel and amend this response accordingly.

/s/ Rachel K. Pearson
Rachel K. Pearson
Ohio Bar Registration # 0079176
(513) 241-3100 x-3309

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing, was electronically transmitted on or about the 21st day of July, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Robert M. Whittington, Jr., Esq.
159 S Main St
Key Bldg
#1023
Akron, OH 44308-1318
Email: elkwhitt@neo.rr.com

Keith Rucinski, Trustee
One Cascade Plaza, Suite 2020
Akron, OH 44308
efilings@ch13akron.com

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

    The undersigned certifies that a copy of the foregoing, was transmitted on or about the 21st day of July, 2010 via regular U.S. mail, postage pre-paid:

Nona Tate
379 Mineola
Akron, OH 44320

/s/ Rachel K. Pearson
Rachel K. Pearson
Ohio Bar Registration # 0079176
(513) 241-3100 x-3309

LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com