Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

Case No. 07−52978−mss

**In re:**
   Nona Tate
   379 Mineola
   Akron, OH 44320

**Social Security No.:**
   xxx−xx−7277

## NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
September 16, 2010 at 2:00 pm
US Bankruptcy Court, 2 S. Main St, 260 John F. Seiberling Federal Building
Akron, OH 44308

To consider and act upon the following matters:

   Objection to Claim Number 4 by Claimant Wells Fargo Bank, NA. Filed by Debtor Nona Tate and Response to Objection to Claim Number 4 Filed by Wells Fargo Bank, NA

(PLEASE NOTE: If this matter is resolved as a result of the filing of other pleadings and/or negotiations between the parties, the court requests that the movant so notify the courtroom deputy or law clerk as soon as practicable and, in any event, prior to the scheduled hearing. Failure to afford the court this courtesy will will result in waste of the limited resources of both the clerk's and chambers' staff, each of whom thanks you in advance for your attention to this practice.)

**Dated:** July 22, 2010                                                             For the Court
Form ohnb187                                                               Kenneth J. Hirz, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0647-5          User: mknot            Page 1 of 1              Date Rcvd: Jul 22, 2010
Case: 07-52978                Form ID: 187           Total Noticed: 2
```

The following entities were noticed by first class mail on Jul 24, 2010.
```
db         +Nona Tate,   379 Mineola,   Akron, OH 44320-1317
17610600    Wells Fargo Bank, NA,   c/o Joel K. Jensen,   Robert F. Holmes,   P.O. Box 5480,
             Cincinnati, OH 45201-5480
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Wells Fargo Bank, NA
                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

 

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2010**                              **Signature:**   *Joseph Speetjens*